PER CURIAM.

(No. 6736)

MICHAEL KOCHER, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed October 20, 1972.*

MICHAEL KOCHER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

100

PER CURIAM.